IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TERESA MITCHELL )
)
v. ) NO. 3-11-0430
) JUDGE CAMPBELL
DIRECT LINE CORP. )

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 17), indicating that Plaintiff's action against Defendant in this case should be dismissed with prejudice. Accordingly, Plaintiff's claims against Defendant herein are dismissed, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE