UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TERESA MITCHELL | ) | |
| | ) | |
| v. | ) | NO. 3:11-0430 |
| | ) | JUDGE NIXON |
| DIRECT LINE CORP. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/3/2012.

      KEITH THROCKMORTON, CLERK
      s/Elaine J. Hawkins, Deputy Clerk